IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | File No. 2:06-mj-93 |
| vs. | ) | |
| | ) | |
| Pedro Moran Ramirez | ) | ORDER |
| | ) | |

    Richard Henderson, Assistant Federal Public Defender, is directed to transport Defendant's funds from Grand Forks, North Dakota, to the Clerk's Office, Fargo, North Dakota, and to deliver the funds to the Clerk of Court.

    Dated this 7th day of August, 2006.

_____
Alice R. Senechal
U.S. Magistrate Judge