UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

UNITED STATES OF AMERICA					**ORDER**

	-vs-						Case No.: 2:06-mj-93

PEDRO MORAN RAMIREZ

   This Court has determined that the Defendant speaks only or primarily a language other than the English language, so as to inhibit the Defendant's comprehension of the proceedings or communication with counsel or the presiding judicial officer. This Court has further determined that no certified interpreter is reasonably available.

   Pursuant to 28 U.S.C. §1827(d)(1), this Court therefore **ORDERS** that services of an otherwise qualified interpreter be provided for all judicial proceedings, and for the Defendant's communication with counsel.

   The Court sufficiently finds **Leonor Sillers** is otherwise qualified by experience and training, and is appropriately trained to provide interpreting services.

   Dated this 16th day of August, 2006.

					_____
					Alice R. Senechal
					U.S. Magistrate Judge